# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON R. FRYE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE ASSOCIATION OF STATE AND PROVINCIAL PSYCHOLOGY BOARD, et al.,<br><br>　　　　　Defendants._____/ | Case No. 1:25-cv-00236-SKO<br><br>**ORDER DIRECTING PLAINTIFF TO PAY THE $405 FILING FEE OR SUBMIT A COMPLETED APPLICATION TO PROCEED** *IN FORMA PAUPERIS* **WITHIN 30 DAYS OF SERVICE OF THIS ORDER** |

Plaintiff Jason R. Frye ("Plaintiff") is proceeding *pro se* in this action. Plaintiff has neither paid the $405 filing fee, nor submitted an application to proceed *in forma pauperis* pursuant to Title 28 of the United States Code section 1915.

Accordingly, IT IS HEREBY ORDERED that:

**Within thirty (30) days of the date of service of this order**, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, he shall pay the $405 filing fee for this action. No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: __**February 26, 2025**__　　　　　　　　　__/s/ *Sheila K. Oberto*__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE