| Name | Jason R. Frye |
| Street Address | 10422 Blanchard Rd |
| City and County | Coulterville, Mariposa |
| State and Zip Code | California, 95311 |
| Telephone Number | 209-431-9771 |

# FILED

MAR 19 2025



CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Jason R. Frye Individually and on behalf of all others similarly situated.

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**
The Association of State and Provincial Psychology Boards (ASPPB);
Pearson | Vue.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Amended Complaint for a Civil Case**

Case No.   1:25CV00236
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☒ Yes   ☐ No
*(check one)*

# RECEIVED

MAR 19 2025



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Jason R. Frye |
| Street Address | 10422 Blanchard Rd |
| City and County | Coulterville, Mariposa County |
| State and Zip Code | California, 95311 |
| Telephone Number | 209-431-9771 |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | ASPPB |
| Job or Title (if known) | |
| Street Address | 215 Market Road |
| City and County | Tyrone, Fayette |
| State and Zip Code | Georgia 30290 |
| Telephone Number | 678-216-1175 |

Defendant No. 2

| | |
|---|---|
| Name | Pearson | Vue |
| Job or Title (if known) | |
| Street Address | 5601 Green Valley Dr. |
| City and County | Bloomington, Hennepin |
| State and Zip Code | Minnesota, 55437-1099 |
| Telephone Number | No phone number available to the public. |

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

        Federal question                X Diversity of citizenship

## A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

## B. If the Basis for Jurisdiction Is Diversity of Citizenship

### 1. The Plaintiff(s)

    a. If the plaintiff is an individual

The plaintiff, *(name)* _Dr. Jason R. Frye_____, is a citizen of the State of *(name)* __California_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### 2. The Defendant(s)

    b. defendant 1:

The defendant, *(name)* ASPPS, is incorporated under the laws of the State of *(name)* Georgia, and has its principal place of business in the State of *(name)* Georgia.

    b2.   defendant 2:

The defendant, *(name)* Pearson Vue, is incorporated under the laws of the State of *(name)* Minnesota, and has its principal place of business in the State of *(name)* Minnesota.

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

<u>The amount collected from each of the putative class members for testing center fees, exam fees, and other fees collected for the purpose of taking the exam with each examinee paying roughly 700.00 per attempt.</u>

## III.    Statement of Claim

"Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph".

The ASPPB is the manufacturer of the exam in question, Pearson is the distributor of the exam in question, and each of the states in the United States mandates that the license candidate take the exam. At or around 2012 the ASPPB with the knowledge of all defendants posted a statement that they intended to bring the field of psychology in-line with other medical industries. As the graph in attachment A-1 imdicates they consistently decreased the effectiveness of the exam and as of 2023 the first time pass rates for the EPPP were decreased to 33%. This equates to a 66% failure rate of exam takers all of which are post doctoral and post experiential hours candidates. This exam is mandated by the ASPPB and the States respectively with no alternative for those who may suffer from educational challenges. Further in a post in 2013 the ASPPB posted an opinion notice stating that they feel all Applied Behavioral Analysis licensing should also fall under Psychology Board jurisdictions, this would make the ASPPB the only exam providers for these services as well. As of June 2024 the State of Texas filed a complaint naming the ASPPB under the Antitrust Act due to its apparent intention to increase the exam difficulty by forcing states to use their part 2 exam. The following are the claims made in this class action case.

Claim 1:

Product liability as a manufacturing defect: the product in question is sold to the exam takers as an entry level exam testing basic knowledge of psychology. The exam deviates form its intended design by way of not testing for entry level practitioners of psychological services. Instead the ASPPB admits on their own webpage that they use industry experts in each of the 8 domains tested to generate the exams they use. Further the ASPPB purport that the exam difficulty was increased to be more in line with other medical practitioners, yet the national standards of first time pass rates for medical doctors show a 98% pass rate, and for nurses an 88% pass rate as some examples. (Attachment A-3)

Claim 2:

Product Liability Design Defect:  The product was designed incessantly dangerous due to its con-
tinued and significant decrease in pass rates, causing undue stress, diminished esteem, apathy,
and excessive fear of taking this exam (many examinee's give up and walk away from this indus-
try due to the reprehensible difficulty of this exam).  The first time pass rates in 2006 were 65%
(still well below the first time pass rates of other medical industries) as of 2023 the pass rate was
33%.  With only a 33% pass rate (essentially a 66% fail rate), the chances of obtaining the license
that each of the putative class members have fought so hard to get through school, practical hours
under a supervisor, and many post doctoral educational opportunities is unnecessarily difficult.
This causing harm not only to the putative class members but also to the public at large in the
form of increased rates of mental illness going untreated due to the lack of counselors.  In my
case:  I have my PhD, I hold a practitioner level certification in the neurobiology of trauma, I am
trained in EMDR treatment, trained in Poly Vagal practices, and I hold a certificate in MoCA as-
sessments for mild cognitive impairment.  I have also taken 2 test prep programs and utilized 4
other resources for preparing to take this exam.  Yet, I have now taken this exam 4 times at
$700.00 per attempt and continuing to have test scores in the same 10 point range.  Further, there
is a question of AI being used to prevent exam takers from passing by increasing the number of
questions in the area the computer system notices the exam taker is weak in. Clearly there is a de-
sign defect if this exam fails more then 60 percent of exam takers that hold a doctoral level educa-
tion in psychology. 4.1

Claim 3:

Monopolizing the psychology licensing exam: The ASPPB in violation of both the Sherman
Act and the Clayton act USC 15 (2). In 1961 the American Psychological Association (APA)
began the tasks of creating the ASPPB.  The goal at the time was to streamline the licensing
exam for psychologist to be used nationwide.  Affecting interstate commerce, the ASPPB has
made each of the states use their exam since its inception and positioned itself to be the only
psychology exam generator in the field of psychology.  Over the past 40+ years they have
built their status in the psychology exam market, and no other competition exists.  Due to this
monopoly, they can charge any amount of money, their exam does not need to prove its effec-
tiveness, and they continue to build ineffective and misrepresented exams.

Section III Statement of Claim Cont:

### Claim 4:

Negligence: The ASPPB acted in a negligent manner when they decided to make this exam egregiously more difficult. During the past 10 years as demonstrated by the California Board of Psychology's (BOP) first time pass rates, the pass rates have declined significantly (Attachment A-1). This decline is clearly demonstrated in the documentation provided by both the ASPPB and the states respectively. In the 2023 end of year report published by the BOP, the authors of the published report state that the pass rates have "changed" over time (Attachment A-4 p61). While the ASPPB pass rates by school posted on the companies web page show higher rates of passing per each of the 8 domains, they are a misrepresentation of the overall pass rates. In 2012, the ASPPB put out a public document stating that they believed the psychology industry needed to be brought in line with other medical industries, it was at this time you can see the consistent decline in pass rates for the Exam for Professional Practice in Psychology (EPPP) (Attachment A-1). The ASPPB demonstrates no pause in their drive to make the licensing process more difficult and generate more financial gain. In June of 2024 the State of Texas filed an antitrust complaint against the ASPPB alleging that they are forcing states to accept their Part 2 exam, and increasing the difficulty of the exam for the purpose of making more money off of the exam takers. In their compliant the state of Texas discusses how the state population is suffering from a lack of counselors. They further posited the idea that the ASPPB has monopolized the psychology exam. This complaint was filed due to the ASPPB's 2024 board meeting stating that they intend to make all states use their new part 2 exam. Currently it is up to the states whether or not to use this exam, in their meeting minutes of the 2024 board meeting, they state that it is their intention to make the part 2 exam a mandated part of the testing process. In November of 2024 they retracted this mandate, and in January of 2025 they posted a news feed stating that they are going to convene a new group of volunteers to look at adding this already contested exam to every state clearly demonstrating a complete disregard for their constituents.

### Claim 5:

Attempted Monopoly: In 2013 the ASPPB put out a "Position Statement" that posits the idea that Applied Behavior Analysis (ABA) should come under the authority of psychology licensing. ABA is related to education much like a school psychologist and therefore not specifically a psychology study. This of course would make the ASPPB the sole exam preparation company for an additional service, thereby increasing revenue for them and cutting out all other exam companies that create alternative license exams for ABA. Further, the current agreements with each of the states and territories of the United States, creates a situation that precludes other companies from creating and offering an examination in place of the EPPP. Other licenses offer alternative methods of taking an exam (ex: ABA currently has approximately 6 alternatives to the BACB) and getting licensed under their examination process, yet Psychology has no alternatives.

Claim 6:

Fraud: 18 USC 47 1001: The ASPPB states that the EPPP is an entry level examination generated for the purpose of testing the exam takers entry level skills, knowledge, and abilities in the field of psychology. First, given the 66% failure rate of exam takers in California alone, this would not be a defendable statement. All test takers hold a Doctorate in psychology each one completing the requirements of various schools from around the country. All have proven to have entry level knowledge, skills, and abilities through the assignments, published and unpublished documents and exams. Each test taker comes from different socio-economic and cultural backgrounds. Each having different learning styles and educational abilities etc, yet over 60% of the test takers in California alone failed to pass this test. Second, the ASPPB states on their website that the exam is generated by using experts in each of the 8 domains. These statements by the ASPPB are mis-representations of facts creating a sense of assurance to the exam takers and outside observers for the purpose of misleading individuals from both inside and out of the psychology field. California Civil Code 1572, the suggestion of fact that of which is not true by one who knows or should know the truth. California Civil Code Section 3294: The intentional increase in difficulty of the exam for the purpose of generating more financial gain with willful disregard for the exam takers, and the community at large.

Claim 7:

Using AI to alter the test questions as the test taker works through the test by increasing the ques-tions that the AI recognizes as a "weak area" for the test taker. This will be explored during the discovery process.

Claim 8 :

Unjust enrichment: The ASPPB has been enriched by the repeated failures of the Putative Class members while promising to provide a test of abilities for "entry level" practitioners of psycho-logical services, and subsequently the test takers return time and again with the hopes of passing the exam the next time only to be let down time and time again. Though this number is not know at this time, all efforts will be made to identify each test taker and identify the number of return testing sessions they have had to pay for.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

    a) An order certifying this action as a class action under Fed R. Civ. 23 defining the classes as requested herein and finding the plaintiff/s are proper representatives of the Classes requested herein.

    b) Injunctive and other equitable relief as is necessary to protect the interests of the class including

        i) an order prohibiting ASPPB form continuing to engage in the wrongful acts described herein;

        ii) Requiring ASPPB to utilize third party evaluators utilizing a preformatted evaluation sheet to evaluate the level of difficulty with each test they generate to assure it is created to test for entry level practitioners.

        iii) an order ceasing the usage of the part 2 exam until such time as the part 1 exam issues are resolved, and the part 2 exam can be assessed for entry level difficulty.

        iv) an order requiring the ASPPB to keep the part 2 exam and any subsequent exams as optional.

        v) an order mandating that alternative licensing exam opportunities are made available for license candidates to become licensed to serve our vulnerable populations.

    c) Treble damages or, alternatively , restitution and/or disgorgement of all amounts wrongfully charged to and received from plaintiff and members of the class.

    d) Declarative relief, including but not limited to the declaration and judgment that ASPPB's conduct as alleged herein violates the laws alleged herein.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: February 04, 2025.

Signature of Plaintiff _____ PRO SE _____

Printed Name of Plaintiff  Dr. Jason R. Frye _____

6

Attachment A-1

## 18 YEAR PASS RATES FOR EPPP 2006 - 2023

| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | 57.81 | 66.67 | 53.73 | 54.41 | 54.39 | 68.33 | 63.79 | 59.74 | 49.23 | 41.77 | 44.64 | 54.81 | 47.66 | 51.52 | 35.00 | 33.62 | | |
| February | 75.38 | 73.77 | 66.21 | 70.59 | 63.75 | 60.32 | 66.67 | 64.06 | 68.18 | 53.33 | 55.77 | 48.70 | 53.64 | 43.69 | 50.56 | 41.22 | 46.83 | |
| March | 58.23 | 59.42 | 68.04 | 61.06 | 63.83 | 59.04 | 67.67 | 63.56 | 61.05 | 64.52 | 51.02 | 53.50 | 51.69 | 46.15 | 43.15 | 51.20 | | |
| April | 61.25 | 60.00 | 80.80 | 73.86 | 65.88 | 67.80 | 64.50 | 61.40 | 60.71 | 60.80 | 56.49 | 54.02 | 47.83 | 47.37 | 42.11 | 47.31 | | |
| May | 55.38 | 62.68 | 62.06 | 69.61 | 69.61 | 77.32 | 64.44 | 68.18 | 73.81 | 55.56 | 57.06 | 51.32 | 48.55 | 53.54 | 45.04 | 43.75 | 37.11 | |
| June | 66.68 | 67.64 | 71.00 | 59.84 | 64.22 | 75.00 | 63.33 | 46.32 | 70.97 | 60.13 | 53.33 | 53.70 | 46.62 | 47.86 | 44.12 | 42.97 | 44.53 | |
| July | 66.35 | 77.19 | 65.38 | 63.71 | 59.81 | 61.24 | 68.75 | 63.88 | 62.79 | 60.69 | 58.66 | 52.02 | 45.93 | 46.86 | 42.33 | 37.67 | 37.99 | |
| August | 55.56 | 55.45 | 65.42 | 62.50 | 73.42 | 63.51 | 69.09 | 63.41 | 48.72 | 57.04 | 57.78 | 48.18 | 44.94 | 38.28 | 42.75 | 35.63 | | |
| September | 68.11 | 68.51 | 54.43 | 59.14 | 53.85 | 62.06 | 54.79 | 57.14 | 65.57 | 46.72 | 45.78 | 40.87 | 30.02 | 32.56 | | | | |
| October | 60.66 | 51.85 | 67.05 | 53.49 | 63.49 | 61.54 | 54.02 | 52.55 | 43.14 | 57.61 | 46.96 | 39.22 | 30.00 | 28.35 | 30.94 | | | |
| November | 55.55 | 68.49 | 66.66 | 81.25 | 59.02 | 63.44 | 59.02 | 47.69 | 50.51 | 41.48 | 44.23 | 49.53 | 40.30 | 39.32 | 33.07 | 39.23 | 31.16 | |
| December | 55.55 | 58.33 | 55.76 | 55.88 | 56.48 | 47.06 | 51.92 | 59.09 | 56.34 | 51.36 | 45.79 | 50.38 | 48.41 | 34.41 | 45.08 | 34.19 | 35.71 | 32.58 |
| Total Pass | 60.5975 | 64.16667 | 63.87833 | 63.7833 | 62.68083 | 63.70417 | 59.73083 | 61.7975 | 59.55833 | 51.24417 | 53.71667 | 47.16167 | 47.07917 | 41.82917 | 38.7167 | 38.85417 | | |
| Total Fail | 39.4325 | 35.83333 | 36.12167 | 36.22167 | 37.31917 | 36.29583 | 40.26917 | 38.2025 | 40.40167 | 48.75583 | 46.82833 | 52.83833 | 52.92083 | 58.17083 | 61.21833 | 61.16583 | | |



Pass Rates EPPP

Legend:
- January
- February
- March
- April
- May
- June
- July
- August
- September
- October
- November
- December
- Total Pass



Comparison of Passes to Fails

- Total Pass
- Total Fail

Attachment A-2

STATE OF CALIFORNIA
# GOVERNMENT CLAIM
DGS ORIM 006 (Rev. 08/19)

DEPARTMENT OF GENERAL SERVICES
OFFICE OF RISK AND INSURANCE MANAGEMENT

## CLAIMANT INFORMATION

| LAST NAME | FIRST NAME | MIDDLE INITIAL |
|---|---|---|
| Frye | Jason | R |

INMATE OR PATIENT IDENTIFICATION NUMBER (if applicable) | BUSINESS NAME(if applicable)

| TELEPHONE NUMBER | EMAIL ADDRESS |
|---|---|
| (209) 431-9771 | forenspsych@ymail.com |

| MAILING ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 10422 Blanchard Rd | Coulterville | Ca | 95311 |

IS THE CLAIMANT UNDER 18 YEARS OF AGE?
☐ Yes  ☒ No

INSURED NAME(Insurance Company Subrogation)

IS THIS AN AMENDMENT TO A PREVIOUSLY EXISTING CLAIM?
☐ Yes  ☐ No

EXISTING CLAIM NUMBER (if applicable) | EXISTING CLAIMANT NAME(if applicable)

## ATTORNEY OR REPRESENTATIVE INFORMATION

| LAST NAME | FIRST NAME | MIDDLE INITIAL |
|---|---|---|
|  |  |  |

| TELEPHONE NUMBER | EMAIL ADDRESS |
|---|---|
|  |  |

| MAILING ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
|  |  |  |  |

## CLAIM INFORMATION

| STATE AGENCIES OR EMPLOYEES AGAINST WHOM THE CLAIM IS FILED | DATE OF INCIDENT |
|---|---|
| CA Board of Psychology | 03/04/24 |

LATE CLAIM EXPLANATION (Required, if incident was more than six months ago)

| DOLLAR AMOUNT OF CLAIM | CIVIL CASE TYPE(Required, if amount is more than $10,000) |
|---|---|
| $2075.64 | ☒ Limited ($25,000 or less)  ☐ Non-Limited (over $25,000) |

DOLLAR AMOUNT EXPLANATION
This is the amount i have had to pay to take the exam.

INCIDENT LOCATION
Pearson Testing Center (various locations)

SPECIFIC DAMAGE OR INJURY DESCRIPTION

See attachment

CIRCUMSTANCES THAT LED TO DAMAGE OR INJURY

See Attachement

EXPLAIN WHY YOU BELIEVE THE STATE IS RESPONSIBLE FOR THE DAMAGE OR INJURY

# See Attachment

STATE OF CALIFORNIA

**GOVERNMENT CLAIM**

DGS ORIM 006 (Rev. 08/19)

DEPARTMENT OF GENERAL SERVICES
OFFICE OF RISK AND INSURANCE MANAGEMENT

---

## AUTOMOBILE CLAIM INFORMATION

| | VEHICLE LICENSE NUMBER(If known) | STATE DRIVER NAME (If known) |
|---|---|---|
| DOES THE CLAIM INVOLVE A STATE VEHICLE?<br>☐ Yes   ☐ No | | |
| HAS A CLAIM BEEN FILED WITH YOUR INSURANCE CARRIER?<br>☐ Yes   ☐ No | INSURANCE CARRIER NAME | INSURANCE CLAIM NUMBER |
| HAVE YOU RECEIVED AN INSURANCE PAYMENT FOR THIS DAMAGE OR INJURY?<br>☐ Yes   ☐ No | AMOUNT RECEIVED (if any) | AMOUNT OF DEDUCTIBLE(If any) |

## NOTICE AND SIGNATURE

I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72).

| SIGNATURE | PRINTED NAME<br>Jason R. Frye | DATE<br>03/17/2024 |
|---|---|---|

## INSTRUCTIONS

- Include a check or money order for $25, payable to the State of California.
  - $25 filing fee is not required for amendments to existing claims.
- Confirm all sections relating to this claim are complete and the form is signed.
- Attach copies of any documentation that supports your claim. Do not submit originals.

Mail the claim form and all attachments to:
Office of Risk and Insurance Management
Government Claims Program
P.O. Box 989052, MS414
West Sacramento, CA 95798-9052

Claim forms can also be delivered to:
Office of Risk and Insurance Management
Government Claims Program
707 3rd Street, 1st Floor
West Sacramento, CA 95605
1-800-955-0045

---

### Department of General Services Privacy Notice on Information Collection

This notice is provided pursuant to the Information Practices Act of 1977, California Civil Code Sections 1798.17 & 1798.24 and the Federal Privacy Act (Public Law 93-579).

The Department of General Services (DGS), Office of Risk and Insurance Management (ORIM), is requesting the information specified on this form pursuant to Government Code Section 905.2(c).

The principal purpose for requesting this data is to process claims against the state The information provided will/may be disclosed to a person, or to another agency where the transfer is necessary for the transferee-agency to perform its constitutional or statutory duties, and the use is compatible with a purpose for which the information was collected and the use or transfer is accounted for in accordance with California Civil Code Section 1798.25.

Individuals should not provide personal information that is not requested.

The submission of all information requested is mandatory unless otherwise noted. If you fail to provide the information requested to DGS, or if the information provided is deemed incomplete or unreadable, this may result in a delay in processing.

**Department Privacy Policy**
The information collected by DGS is subject to the limitations in the Information Practices Act of 1977 and state policy
. For more information on how we care for your personal information, please read the

**Access to Your Information**
ORIM is responsible for maintaining collected records and retaining them for 5 years. You have a right to access records containing personal information maintained by the state entity. To request access, contact:

**DGS ORIM**
**Public Records Officer**
**707 3rd St., West Sacramento, CA 95605**
**(916) 376-5300**

# Addendum to Claim Form

**Specific Damages or Injury Description:**

CA BOP has knowingly continued to use an examination contractor that has consistently used their privilege granted by the contract to diminish the results of the exam for what appears (by preponderance of the evidence) to be for the purpose of forcing test taker to return again and again. Since 2006, the earliest statistics available to the public, the pass rate for this exam has been dropping year over year to a point that in 2023 the average pass rate was less than 40%. I know of many candidates that have had to take this exam more than 8x's at a cost of almost $700.00 per attempt.

**Circumstances that led to the damages:**

I have taken this exam twice and now I am getting ready to take it again. I have experienced this exam as being incoherent, and discombobulating, clearly not relevant to the field of psychological practice, and clearly no measure of the ability of a counselor of any type. This prompted me to look at the Boards statistics of test takers pass rates. In my review of these statistics, the first thing that stood out was the disparity of the test takers scores between 2006, and 2023. By a general search of the years one can see that in 2006 the pass rate was in the 60's, however, by last year (2023) the pass rate was somewhere near 40%. This was obvious just by looking at the pass rates presented by the board. I have now input the pass statistics into an excel spreadsheet to get a true record of the scores (document attached), now I can see the true nature of the exam. The curve demonstrates a consistent smooth curve thereby showing evidence of the intentional nature of the ASPPB's steady decline in pass rate.

**Explanation of why I Believe the state is responsible for the damages or injury:**

The State of Ca BOP requires License Candidates to take and pass this egregious exam in order to obtain a license to practice psychology. This exam in no way tests the exam takers

# Addendum to Claim Form

for general knowledge of the psychology field and has disqualified many candidates from the practice of psychology based on the fraudulent auspice that this test is a valid, correlated, and reliable assessment of the abilities of the candidate. This is the responsibility of the BOP due to the fact that they have a duty to protect the paying candidates from such Fleecing actions on the part of their contractor/s. This further is a blatant violation of the State of California's "Obligation of Public Service" requirements enumerated in the California Government Codes. Encompassing both Breach and Negligence of duty.

18 YEAR PASS RATES FOR EPPP 2006 - 2023

| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | 57.81 | 66.67 | 53.73 | 54.41 | 54.39 | 68.33 | 59.74 | 63.79 | 58.02 | 49.23 | 41.77 | 55.91 | 54.81 | 44.64 | 47.66 | 51.52 | 35.00 | 33.62 |
| February | 75.38 | 73.77 | 66.21 | 70.59 | 63.75 | 68.92 | 60.32 | 66.67 | 64.06 | 68.18 | 53.33 | 55.77 | 48.70 | 53.64 | 43.69 | 50.56 | 41.22 | 46.83 |
| March | 58.23 | 59.42 | 68.04 | 61.06 | 63.83 | 64.71 | 59.04 | 67.67 | 63.56 | 61.05 | 64.52 | 51.02 | 51.02 | 53.50 | 51.69 | 46.15 | 43.15 | 51.20 |
| April | 61.25 | 60.00 | 80.80 | 73.86 | 65.88 | 67.80 | 66.27 | 64.50 | 61.40 | 60.71 | 50.94 | 60.80 | 56.49 | 54.02 | 47.83 | 47.37 | 42.11 | 47.31 |
| May | 55.38 | 62.68 | 62.06 | 69.61 | 69.61 | 77.32 | 64.44 | 68.18 | 61.43 | 73.81 | 55.56 | 57.06 | 51.32 | 48.55 | 53.54 | 45.04 | 43.75 | 37.11 |
| June | 66.68 | 67.64 | 71.00 | 59.84 | 64.22 | 75.00 | 63.33 | 46.32 | 70.97 | 60.13 | 53.33 | 60.51 | 53.70 | 46.62 | 47.86 | 44.12 | 42.97 | 44.53 |
| July | 66.35 | 77.19 | 65.38 | 63.71 | 59.81 | 61.24 | 68.75 | 69.08 | 63.88 | 62.76 | 60.69 | 58.66 | 52.02 | 45.93 | 46.86 | 42.33 | 37.67 | 37.96 |
| August | 55.56 | 55.45 | 55.42 | 62.50 | 73.42 | 63.51 | 61.06 | 63.41 | 48.72 | 65.57 | 57.04 | 57.78 | 48.18 | 44.94 | 48.39 | 38.28 | 42.75 | 35.63 |
| September | 68.11 | 68.51 | 54.43 | 59.14 | 53.85 | 50.00 | 54.79 | 57.14 | 53.57 | 54.24 | 43.51 | 46.72 | 45.78 | 40.87 | 40.30 | 39.32 | 38.02 | 32.56 |
| October | 60.66 | 61.85 | 67.06 | 53.49 | 63.49 | 61.54 | 54.02 | 52.55 | 43.14 | 57.61 | 46.96 | 39.22 | 53.08 | 50.36 | 46.22 | 30.00 | 28.35 | 30.94 |
| November | 55.55 | 68.49 | 66.66 | 81.25 | 63.44 | 58.02 | 53.09 | 63.16 | 47.69 | 50.51 | 41.49 | 44.23 | 49.53 | 48.46 | 45.83 | 33.07 | 39.23 | 36.71 |
| December | 45.85 | 58.33 | 55.76 | 55.88 | 56.48 | 47.06 | 51.82 | 56.09 | 56.34 | 51.35 | 45.79 | 50.38 | 48.41 | 34.41 | 45.08 | 34.19 | 31.16 | 32.58 |
| Total | 60.5675 | 64.16667 | 63.87833 | 63.77833 | 62.68083 | 63.70417 | 59.73083 | 61.7975 | 57.815 | 59.59833 | 51.24417 | 53.17167 | 51.085 | 47.16167 | 47.07917 | 41.82917 | 38.78167 | 38.83417 |
| Fail Rate | 39.4325 | 35.83333 | 36.12167 | 36.22167 | 37.31917 | 36.29583 | 40.26917 | 38.2025 | 42.185 | 40.40167 | 48.75583 | 46.82833 | 48.915 | 52.83833 | 52.92083 | 58.17083 | 61.21833 | 61.16583 |



Pass Rates EPPP

■ January ■ February ■ March ■ April ■ May ■ June ■ July
■ August ■ September ■ October ■ November ■ December ■ Total



Comparison of Passes to Fails

● Total   Fail Rate

Attachment A-3
Medical Doctor Rate

 **USMLE**

Home

# Performance Data

The National Board of Medical Examiners publishes USMLE performance data in its annual reports. Most of the data presented here are excerpted from those publications.

### 2023 Performance Data

## USMLE Administration, Minimum Passing Scores, and Performance

Continuous test administration of the USMLE is available to all examinees. For Step 1, Step 2 Clinical Knowledge (CK), and Step 3, which are the computer-based testing (CBT) components of the USMLE program, test scheduling and delivery are provided by Prometric. These CBT examinations are currently administered at approximately 335 US/Canadian Prometric test centers and approximately 100 international Prometric test centers. Additional test centers are located at four medical schools in the United States. The Step 1 and Step 2 CK examinations are administered worldwide; the Step 3 examination is administered only in the United States.

For each of the Step examinations, once the registration process is completed, applicants make their own appointment to take the examination at a location and time most convenient to their schedule. Examination results are processed continuously, and scores are reported weekly. Individual score reports are made available to examinees via a secure website.

A pass or fail result is provided, as a USMLE recommendation, for each examinee. Passing results are based on achievement of specified levels of proficiency established prior to administration of examinations. Statistical procedures are employed to insure that for each Step, the level of proficiency required to pass remains uniform across forms of the examination. As noted in the USMLE Bulletin of Information, the score required to meet the recommended level of proficiency is

reviewed periodically and may be adjusted without prior notice. Notice of adjustments is posted in the USMLE Announcements. The USMLE Score Interpretation Guidelines provides score interpretation information for Step 1, Step CK and Step 3 examinations.

## Step 1

### Step 1 Administrations

| Examinees from US/Canadian Schools | 2022 Number Tested | 2022 Percent Passing | 2023* Number Tested | 2023* Percent Passing |
|---|---|---|---|---|
| **MD Degree** | **24,317** | **91%** | **25,146** | **90%** |
| **1st Takers** | 22,828 | 93% | 23,100 | 92% |
| **Repeaters**** | 1,489 | 71% | 2,046 | 70% |
| **DO Degree** | **4,722** | **89%** | **4,913** | **86%** |
| **1st Takers** | 4,659 | 89% | 4,798 | 87% |
| **Repeaters**** | 63 | 67% | 115 | 60% |
| **Total** | **29,039** | **91%** | **30,059** | **90%** |

| Examinees from Non-US/Canadian Schools | 2022 Number Tested | 2022 Percent Passing | 2023* Number Tested | 2023* Percent Passing |
|---|---|---|---|---|
| **1st Takers** | 22,030 | 74% | 22,611 | 72% |
| **Repeaters**** | 2,926 | 45% | 3,530 | 47% |

| Total | 24,956 | 71% | 26,141 | 68% |

\* Represents data for examinees tested in 2023 and reported through March 13, 2024.
\*\* 'Repeaters' represents examinations given, not number of examinees.

## Step 2 CK

### Step 2 CK Administrations

| Examinees from US/ Canadian Schools | 2021 - 2022 Number Tested | 2021 - 2022 Percent Passing | 2022 - 2023* Number Tested | 2022 - 2023* Percent Passing |
|---|---|---|---|---|
| MD Degree | 24,632 | 98% | 23,500 | 98% |
| 1st Takers | 24,205 | 99% | 23,018 | 98% |
| Repeaters** | 427 | 71% | 482 | 71% |
| DO Degree | 5,199 | 97% | 4,712 | 96% |
| 1st Takers | 5,177 | 97% | 4,666 | 96% |
| Repeaters** | 22 | 73% | 46 | 61% |
| Total | 29,831 | 98% | 28,212 | 97% |
| Examinees from Non-US/Canadian Schools | 2021 - 2022 Number Tested | 2021 - 2022 Percent Passing | 2022 - 2023* Number Tested | 2022 - 2023* Percent Passing |
| 1st Takers | 12,708 | 89% | 14,395 | 88% |
| Repeaters** | 1,369 | 57% | 1,411 | 60% |

| **Total** | **14,077** | **86%** | **15,806** | **86%** |

\* Data for Step 2 CK are provided for examinees tested during the period of July 1 to June 30 whose scores were reported through March 13, 2024.

\*\* 'Repeaters' represents examinations given, not number of examinees.

# Step 3

## Step 3 Administrations

| Examinees from US/Canadian Schools | 2022 Number Tested | 2022 Percent Passing | 2023* Number Tested | 2023* Percent Passing |
|---|---|---|---|---|
| **MD Degree** | **22,336** | **97%** | **22,405** | 97% |
| **1st Takers** | 21,633 | 98% | 21,703 | 97% |
| **Repeaters**\*\* | 703 | 76% | 702 | 77% |
| **DO Degree** | **100** | **96%** | **104** | **95%** |
| **1st Takers** | 98 | 96% | 100 | 95% |
| **Repeaters**\*\* | 2 | † | 4 | † |
| **Total** | **22,436** | **97%** | **22,509** | **97%** |

| Examinees from Non-US/Canadian Schools | 2022 Number Tested | 2022 Percent Passing | 2023* Number Tested | 2023* Percent Passing |
|---|---|---|---|---|
| **1st Takers** | 10,993 | 91% | 11,500 | 92% |
| **Repeaters**\*\* | 1,294 | 64% | 1,264 | 64% |

| Total | 12,287 | 89% | 12,764 | 89% |

\* Represents data for examinees who tested in 2023 and reported through March 13, 2024.

\*\* 'Repeaters' represents examinations given, not number of examinees.

† Performance data not reported for categories containing fewer than 5 examinees.

**2022 Performance Data**

**2021 Performance Data**

**2020 Performance Data**

**2019 Performance Data**

**2018 Performance Data**

**2017 Performance Data**

**2016 Performance Data**

**2015 Performance Data**

**2014 Performance Data**

**2013 Performance Data**

**EXAMS & EXAM DAY**

Step 1

Step 2 CK

Step 3

Exam Day Overview

Security and Fairness

Test Accommodations

Reschedule an Exam

**SCORES & TRANSCRIPTS**

Exam Results & Scoring

Score Rechecks

Transcripts

**RESOURCES**

Exam Resources

Common Questions

Bulletin of Information

Announcements

Performance Data

**SPONSORS**

FSMB.org

NBME.org

Privacy        Internet-based ads        Do Not Sell My Personal Information        Consumer Health Data Privacy Policy

Copyright © 1996-2025 Federation of State Medical Boards (FSMB) and National Board of Medical Examiners (NBME). All rights reserved. The United States Medical Licensing Examination® (USMLE®) is a joint program of the FSMB and NBME.

**Attachment A-3-1**
**Nurses Rate**



# Statistics from NCSBN

Number of Candidates Taking the NCLEX® Examination and
Percent Passing, by Type of Candidate

## 2023

| RN[1] | Jan. – March | | April – June | | July – Sept. | | Oct. – Dec. | | YTD Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| Type of Candidate | Count | Percentage | Count | Percentage | Count | Percentage | Count | Percentage | Count | Percentage |
| **First-time, U.S.-educated** | | | | | | | | | | |
| Diploma | 631 | 78.45% | 651 | 94.93% | 666 | 93.24% | 236 | 88.98% | 2,184 | 89.01% |
| Baccalaureate Degree | 29,444 | 83.26% | 31,608 | 95.34% | 28,968 | 91.50% | 9,310 | 90.34% | 99,330 | 90.17% |
| Associate Degree | 26,193 | 79.14% | 28,252 | 93.94% | 21,381 | 90.08% | 7,561 | 87.87% | 83,387 | 87.75% |
| Invalid or Special Program Codes | 704 | 15.63% | 333 | 27.93% | 209 | 32.54% | 203 | 37.93% | 1,449 | 24.02% |
| **Total First-time, U.S.-educated** | 56,972 | 80.48% | 60,844 | 94.32% | 51,224 | 90.69% | 17,310 | 88.63% | 186,350 | 88.56% |
| **Repeat, U.S.-educated** | 24,041 | 40.66% | 12,773 | 62.15% | 12,074 | 56.61% | 9,786 | 55.81% | 58,674 | 51.15% |
| **First-time, Internationally Educated** | 21,978 | 39.86% | 11,612 | 57.69% | 15,608 | 58.37% | 16,768 | 60.40% | 65,966 | 52.60% |
| **Repeat, Internationally Educated** | 16,806 | 28.85% | 8,134 | 51.33% | 11,248 | 50.03% | 11,820 | 48.06% | 48,008 | 42.35% |
| **All Candidates** | 119,797 | 57.79% | 93,363 | 81.61% | 90,154 | 75.46% | 55,684 | 65.75% | 358,998 | 69.66% |
| PN[2] | Jan. – March | | April – June | | July – Sept. | | Oct. – Dec. | | YTD Total | |
| Type of Candidate | Count | Percentage | Count | Percentage | Count | Percentage | Count | Percentage | Count | Percentage |
| **First-time, U.S.-educated** | 13,970 | 79.56% | 8,818 | 90.07% | 15,237 | 90.65% | 9,527 | 87.59% | 47,552 | 86.67% |
| **Repeat, U.S.-educated** | 6,693 | 37.83% | 3,625 | 49.88% | 3,463 | 43.11% | 3,422 | 44.89% | 17,203 | 42.84% |
| **First-time, Internationally Educated** | 137 | 47.45% | 77 | 63.64% | 87 | 50.57% | 108 | 58.33% | 409 | 54.03% |
| **Repeat, Internationally Educated** | 201 | 25.87% | 100 | 33.00% | 96 | 29.17% | 118 | 31.36% | 515 | 29.13% |
| **All Candidates** | 21,001 | 65.53% | 12,620 | 77.91% | 18,883 | 81.44% | 13,175 | 75.76% | 65,679 | 74.54% |

1 The RN Passing Standard is 0.00 logits.
2 The PN Passing Standard is -0.18 logits.

## Contacts

**Inquiries about NCLEX:**
Examinations Department
nclexinfo@ncsbn.org

NCSBN

312.525.3600 | +1.312.525.3600 (international calls)
www.ncsbn.org

Attachment A-4



California Board of

# Factors That Affect California Pass Rates for the Examination for Professional Practice in Psychology

**Robert Calvert, PhD, Senior Statistician**

**Heidi Lincer, PhD, Chief**

**February 2, 2024**

CALIFORNIA DEPARTMENT
CONSUMER AFFAIRS
OFFICE OF PROFESSIONAL EXAMINATION SERVICES

# Variables of Interest

# Overview



Office of Professional Examination Services



# About OPES and our purpose today



# Office of Professional Examination Services

# Variables of Interest

## APA

Schools were coded as APA-accredited or not. Note that all online schools are not APA-accredited.

## Age

The candidates were separated into 8 even age categories by attempt.

## School

School used by candidate to qualify for examination.

## Degree

Degree earned (PhD, PsyD, and EdD).

## Alliant

Schools were coded as either affiliated with Alliant or not.

**CONSUMER** AFFAIRS



School Name_



Where We Started

# Data Preparation

- Removed scores <= 200
- Removed entries with missing birth date, school score, or degree
- Removed entries with clearly incorrect information (e.g., birth date in the future)
- Consolidated degree codes (PSYD1 = PDSYD)
- Combined schools that had changed their names
- Added school information



**Office of Professional Examination Services**

# Types of Analysis

## First Attempt

This counts only a candidate's first attempt at the examination.

## Candidate Best

This is the highest score a candidate received regardless of the number of times they attempted the examination.

## Attempt

This section counts every time a candidate receives an examination score above 200, which is the score given to an empty submission.

# Historical Trends – Scores

Office of Professional Examination Services



Average Score For First Attempts

CONSUMER AFFAIRS



**Office of Professional Examination Services**



Average Score For Best Attempts



CONSUMER AFFAIRS

## Office of Professional Examination Services



**Average Score For All Attempts**

Score

540
530
520
510
500
490
480
470
460

Year

2002  2005  2008  2010  2012  2015  2018  2020  2022



CONSUMER
AFFAIRS

# Historical Trends - Attempts

Office of Professional Examination Services



CONSUMER
A F F A I R S

# Office of Professional Examination Services



**Best Attempts**

Attempted
Passed

Year

Candidates



CONSUMER
A F F A I R S



# Office of Professional Examination Services



All Attempts

Candidates

1600
1400
1200
1000
800
600

2002  2005  2008  2010  2012  2015  2018  2020  2022

Year

Attempted
Passed



CONSUMER AFFAIRS

# Historical Trends – Pass Rate



Office of Professional Examination Services



Office of Professional Examination Services



Passing Rate For Best Attempts

Pass Rate

0.94  0.92  0.90  0.88  0.86

Year

2002  2005  2008  2010  2012  2015  2018  2020

CONSUMER
AFFAIRS

Office of Professional Examination Services





Passing Rate For All Attempts

Pass Rate

0.70   0.65   0.60   0.55   0.50   0.45   0.40

Year

2002   2005   2008   2010   2012   2015   2018   2020   2022



CONSUMER
A F F A I R S



20

# General Observations

## Candidates

The number of candidates has increased over time.

## Pass Rate

The pass rate has decreased over time. However, nearly 85% of candidates eventually pass.

## Score

The average score for the examination has decreased over time.

# APA Accreditation



**Office of Professional Examination Services**

CONSUMER
AFFAIRS



Score by APA
(first attempt)

# Office of Professional Examination Services



Pass rate for APA
(first attempt)

PASS RATE

0.85  0.80  0.75  0.70  0.65  0.60  0.55

2002  2005  2008  2010  2012  2015  2018  2020  2022

YEAR

APA    NOT_APA

CONSUMER
A F F A I R S

Office of Professional Examination Services

CONSUMER
A F F A I R S



Number of Candidates by APA
(first attempt)

YEAR

APA          NOT_APA

CANDIDATES

600  500  400  300  200

2002  2005  2008  2010  2012  2015  2018  2020  2022





Score by APA
(best attempt)

Office of Professional Examination Services

CONSUMER
AFFAIRS



Pass rate for APA
(best attempt)

PASS RATE

0.95
0.90
0.85
0.80
0.75
0.70

2002    2005    2008    2010    2012    2015    2018    2020

YEAR

APA          NOT_APA



Office of Professional Examination Services



Number of Candidates by APA (best attempt)

CANDIDATES

550 500 450 400 350 300 250 200

2002  2005  2008  2010  2012  2015  2018  2020

YEAR

APA    NOT_APA

CONSUMER AFFAIRS





**Office of Professional Examination Services**

CONSUMER AFFAIRS



Score by APA
(all attempts)

SCORE

540
520
500
480
460
440

2002  2005  2008  2010  2012  2015  2018  2020  2022

YEAR

APA        NOT_APA



Office of Professional Examination Services



Pass rate for APA
(all attempts)

PASS RATE

0.7  0.6  0.5  0.4  0.3

2002  2005  2008  2010  2012  2015  2018  2020  2022

YEAR

APA          NOT_APA



CONSUMER
AFFAIRS

Office of Professional Examination Services



Number of Candidates by APA
(all attempts)

CANDIDATES

1000
900
800
700
600
500
400
300

2002  2005  2008  2010  2012  2015  2018  2020  2022

YEAR

APA          NOT_APA

CONSUMER
AFFAIRS

**CONSUMER** AFFAIRS **Office of Professional Examination Services**

## APA Observations

### Relationship

Scores from candidates attending APA-accredited programs are slightly better than those for non-APA-accredited programs, but eventual pass rates are very close.

### Trend

As time passed, performance decreased for all groups.

### Candidates

Most candidates attend APA-accredited programs.

Schools



**Office of Professional Examination Services**

CONSUMER
AFFAIRS



School Average Score
(first attempt)

ALLIANT
CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY
UC
WRIGHT INSTITUTE, BERKELEY

YEAR

SCORE

450  500  550  600  650

2002  2005  2008  2010  2012  2015  2018  2020  2022



Office of Professional Examination Services

School Pass Rate
(first attempt)

ALLIANT
CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY
PALO ALTO UNIVERSITY
UNIVERSITY OF CALIFORNIA, BERKELEY

UNIVERSITY OF CALIFORNIA, LOS ANGELES
UNIVERSITY OF CALIFORNIA, SAN DIEGO
UNIVERSITY OF CALIFORNIA, SANTA BARBARA
WRIGHT INSTITUTE, BERKELEY



# Office of Professional Examination Services



**Number of Candidates from School**
**(first attempt)**



Office of Professional Examination Services

School Average Score
(best attempt)

ALLIANT
CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY
UC
WRIGHT INSTITUTE, BERKELEY



# Office of Professional Examination Services



School Pass Rate
(best attempt)

ALLIANT                                              UNIVERSITY OF CALIFORNIA, LOS ANGELES
CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY  —  UNIVERSITY OF CALIFORNIA, SAN DIEGO
PALO ALTO UNIVERSITY                                UNIVERSITY OF CALIFORNIA, SANTA BARBARA
UNIVERSITY OF CALIFORNIA, BERKELEY          —  WRIGHT INSTITUTE, BERKELEY

CONSUMER
A F F A I R S

# Office of Professional Examination Services



School Average Score
(all attempts)

ALLIANT
CHICAGO SCHOOL OF PROFESSIONAL PSYCHOLOGY
PALO ALTO UNIVERSITY
UNIVERSITY OF CALIFORNIA, BERKELEY

UNIVERSITY OF CALIFORNIA, LOS ANGELES
UNIVERSITY OF CALIFORNIA, SAN DIEGO
UNIVERSITY OF CALIFORNIA, SANTA BARBARA
WRIGHT INSTITUTE, BERKELEY



CONSUMER
A F F A I R S



# School Observations

## Relationship

There is a clear relationship between school and performance on the examination.

## Trend

As time passes, some schools' performance changes, while other schools' performance remains consistently high.

## Candidates

Alliant has more students than the next 5 largest schools. All UC schools combined account for approximately 30 attempts per year.

Alliant



# Office of Professional Examination Services

**Score by Alliant
(first attempt)**



SCORE

570
560
550
540
530
520
510
500
490

2002   2005   2008   2010   2012   2015   2018   2020   2022

YEAR

ALLIANT          NOT_ALLIANT



CONSUMER
A F F A I R S



# Office of Professional Examination Services



Pass rate for Alliant
(first attempt)



# Office of Professional Examination Services



**Number of Candidates by Alliant**
**(first attempt)**

CANDIDATES

600 500 400 300 200

2002  2005  2008  2010  2012  2015  2018  2020  2022

YEAR

ALLIANT          NOT_ALLIANT

CONSUMER
A F F A I R S



# Office of Professional Examination Services



CONSUMER
AFFAIRS

Office of Professional Examination Services



Pass rate for Alliant (best attempt)



CONSUMER
AFFAIRS

Office of Professional Examination Services

CONSUMER
A F F A I R S



Score by Alliant
(all attempts)

SCORE

540
520
500
480
460

2002   2005   2008   2010   2012   2015   2018   2020   2022
YEAR

ALLIANT          NOT_ALLIANT



## Office of Professional Examination Services



Pass rate for Alliant
(all attempts)

ALLIANT    NOT_ALLIANT



CONSUMER
A F F A I R S

48

# Alliant Observations

## Candidates

Alliant has decreased its proportion of first-time attempts over time.

## Trend

As time passed, performance decreased for both groups.

## Relationship

The comparison between Alliant and Non-Alliant shows a slight benefit to Non-Alliant schools.

Age







**Office of Professional Examination Services**



Pass rate for Age
(first attempt)

19-30    33-34    37-40    46-53
31-32    35-36 —— 41-45 —— 54-80

# Office of Professional Examination Services



Number of Candidates by Age
(first attempt)





CONSUMER
AFFAIRS

Office of Professional Examination Services



Pass rate for Age
(first attempt)



Office of Professional Examination Services

Number of Candidates by Age
(all attempts)



Office of Professional Examination Services

Pass rate for Age
(all attempts)

19-30    33-34    37-40    46-53
31-32    35-36    41-45    54-80

# Age Observations

## Relationship

As age increases overall, score tends to decrease.

## Trend

As time passed, performance decreased for all groups. The number of candidates decreases as age increases.

## Bias

Difference isn't bias.

There is a difference by age, but more analysis is needed to establish bias.

Degree

Office of Professional Examination Services

CONSUMER
AFFAIRS

Score by Degree Code
(first attempt)



SCORE

550
500
450
400
350

2002  2005  2008  2010  2012  2015  2018  2020  2022
YEAR

EDD        PHD        PSYD



Office of Professional Examination Services

Number of Candidates by Degree Code
(first attempt)



# Degree Observations

## Trend

As time passed, performance decreased for all groups.

## Relationship

PhD scores higher than PsyD, which scores higher than EdD. The sample size for EdD is small.



# Summary

- There is evidence the test has changed over time.

- The school a candidate attends is a strong predictor of examination performance.

- Most candidates attend APA-accredited programs. These candidates perform slightly better than those attending non-APA-accredited programs.

- Older candidates pass the examination at lower rates, and account for a large proportion of the recent attempts.

- Degree type has become a stronger predictor of success as time has passed, but PhD and PsyD are still similar.

Attachment A-5

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Jason Frye

**(b)** County of Residence of First Listed Plaintiff  **Mariposa County**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro Se

## DEFENDANTS

**Association of State and Provincial Psychology Boards**

County of Residence of First Listed Defendant   Fayette
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☒ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ |  |  | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury |  | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability |  | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product |  | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | Liability |  | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal | ☐ 371 Truth in Lending | ☐ 720 Labor/Management | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 195 Contract Product Liability | Injury | ☐ 380 Other Personal Property Damage | Relations | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
|  |  |  | ☐ 751 Family and Medical Leave Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation |  | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General |  |  | Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application |  |  |
|  | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions |  |  |
|  |  | ☐ 550 Civil Rights |  |  |  |
|  |  | ☐ 555 Prison Condition |  |  |  |
|  |  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
California Civil Procedures 335.1;CA CIV 1572; CA Civ 3294; 18usc 47 1001

Brief description of cause:
The ASPPB has been decreasing the effectiveness of its exam forcing a higher fail rate.

## VII. REQUESTED IN COMPLAINT:

☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 1,000,000,000

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____  DOCKET NUMBER _____

DATE
01/21/2025

SIGNATURE OF ATTORNEY OF RECORD
PRO SE

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____