KENNETH M. JONES (BAR NO. 140358)
kenneth.jones@saul.com
DANA M. SILVA (BAR NO. 271920)
dana.silva@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Defendant
NCS PEARSON, INC. erroneously sued as
Pearson Vue

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| Jason R. Frye Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>The Association of State and Provisional Psychology Boards (ASPPB); Pearson Vue,<br><br>Defendants. | Case No. 1:25-cv-00236-SKO<br><br>**FIRST STIPULATION TO EXTEND TIME FOR DEFENDANT PEARSON VUE TO RESPOND TO OPERATIVE COMPLAINT (L.R. 144); [PROPOSED] ORDER**<br><br>Judge: Hon. Sheila K. Oberto<br><br>Action Filed:  February 24, 2025<br>Trial Date:       TBD |

Plaintiff Jason R. Frye Individually and on behalf of all others similarly situated ("Plaintiff"), and Defendants NCS Pearson, Inc., erroneously sued as Pearson Vue, and The Association of State and Provisional Psychology Boards (collectively, "Defendants" and with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, as follows:

WHEREAS, on February 24, 2025, Plaintiff filed his Complaint in this action (ECF 1);

WHEREAS, on March 19, 2025, Plaintiff filed his First Amended Complaint entitled "Amendment Complaint 1: Civil Case" in this action (ECF 4);

1  WHEREAS, on March 25, 2025, the Court issued summons as to Defendants (ECF 5);

2  WHEREAS, after Defendants executed a Notice and Acknowledgment of Receipt of
3  Summons and Complaint, Defendants' current response date is June 23, 2025;

4  WHEREAS, Plaintiff has served Defendants with a motion to amend and proposed Second
5  Amended Complaint entitled "Amendment Complaint 2: Civil Case";

6  WHEREAS; Defendants' current response date will lapse before Plaintiff's motion to
7  amend is adjudicated;

8  WHEREAS, Defendants have requested, and Plaintiff has agreed to extend Defendants'
9  deadline to file their respective Responses to 14 days after the date that the Court grants or denies
10 Plaintiff's motion to amend;

11 IT IS HEREBY STIPULATED between the Parties, by and through their undersigned
12 attorneys, and subject to the approval of the Court, that Defendants' deadline to respond is 14 days
13 after the date that the Court grants or denies Plaintiff's motion to amend.

15 DATED: June 18, 2025

By: ___/Jason R. Frye/___
JASON R. FRYE Individually and on behalf of all others similarly situated

20 DATED: June 18, 2025    SAUL EWING LLP

By: _____
KENNETH M. JONES
DANA M. SILVA
Attorneys for Defendant
NCS PEARSON, INC. erroneously sued as Pearson Vue

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

DATED: June 18, 2025         KAUFMAN DOLOWICH

By: _/Tad A. Devlin/_
 TAD A. DEVLIN
 Attorneys for Defendant
 The Association of State and Provisional
 Psychology Boards

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendants shall have up to and until 14 days after the date that the Court grants or denies Plaintiff's motion to amend to file their responsive pleading to the operative Complaint.

**IT IS SO ORDERED.**

DATED: _____

UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this case. My business address is: **Saul Ewing 1888 Century Park East, Suite 1500, Los Angeles, CA 90067.**

A true and correct copy of the document entitled: **First Stipulation to Extend Time for Defendant Pearson Vue to Respond to Operative Complaint (L.R. 144); [Proposed] Order** will be served or was served on the judge in chambers in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- (No e-mail recipients)

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**

On **June 18, 2025,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed

Jason R Frye
10422 Blanchard Rd
Coulterville, CA 95311

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 18, 2025 | Hannah Richmond | /s/ *Hannah Richmond* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |