KENNETH M. JONES (BAR NO. 140358)
kenneth.jones@saul.com
DANA M. SILVA (BAR NO. 271920)
dana.silva@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Defendant
NCS PEARSON, INC. erroneously sued as
Pearson Vue

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JASON R. FRYE, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>THE ASSOCIATION OF STATE AND PROVISIONAL PSYCHOLOGY BOARDS (ASPPB); PEARSON VUE,<br><br>Defendants. | Case No. 1:25-cv-00236-SKO<br><br>**FIRST STIPULATION TO EXTEND TIME FOR DEFENDANT PEARSON VUE TO RESPOND TO OPERATIVE COMPLAINT (L.R. 144)**<br><br>(Doc. 14) |

Plaintiff Jason R. Frye Individually and on behalf of all others similarly situated ("Plaintiff"), and Defendants NCS Pearson, Inc., erroneously sued as Pearson Vue, and The Association of State and Provisional Psychology Boards (collectively, "Defendants" and with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, as follows:

WHEREAS, on February 24, 2025, Plaintiff filed his Complaint in this action (ECF 1);

WHEREAS, on March 19, 2025, Plaintiff filed his First Amended Complaint entitled "Amendment Complaint 1: Civil Case" in this action (ECF 4);

WHEREAS, on March 25, 2025, the Court issued summons as to Defendants (ECF 5);

1  WHEREAS, after Defendants executed a Notice and Acknowledgment of Receipt of Summons and Complaint, Defendants' current response date is June 23, 2025;

2  WHEREAS, Plaintiff has served Defendants with a motion to amend and proposed Second Amended Complaint entitled "Amendment Complaint 2: Civil Case";

3  WHEREAS; Defendants' current response date will lapse before Plaintiff's motion to amend is adjudicated;

4  WHEREAS, Defendants have requested, and Plaintiff has agreed to extend Defendants' deadline to file their respective Responses to 14 days after the date that the Court grants or denies Plaintiff's motion to amend;

IT IS HEREBY STIPULATED between the Parties, by and through their undersigned attorneys, and subject to the approval of the Court, that Defendants' deadline to respond is 14 days after the date that the Court grants or denies Plaintiff's motion to amend.

DATED: June 18, 2025

By: _____*/Jason R. Frye/*_____
JASON R. FRYE Individually and on behalf of all others similarly situated

DATED: June 18, 2025         SAUL EWING LLP

By: _____[signature]_____
KENNETH M. JONES
DANA M. SILVA
Attorneys for Defendant
NCS PEARSON, INC. erroneously sued as Pearson Vue

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

55742855.1 376102-00133

2

FIRST STIPULATION TO EXTEND TIME FOR TO RESPOND TO OPERATIVE COMPLAINT (L.R. 144); ORDER

DATED: June 18, 2025                KAUFMAN DOLOWICH

By: _____*/Tad A. Devlin/*_____
TAD A. DEVLIN
Attorneys for Defendant
The Association of State and Provisional
Psychology Boards

# ORDER

Pursuant to the parties' stipulation, (Doc. 14), and for good cause shown, Defendants shall have **FOURTEEN (14) DAYS** from the date of entry of this order to file their responsive pleading to the operative Complaint.

IT IS SO ORDERED.

Dated:  **June 20, 2025**              /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

55742855.1 376102-00133

4

FIRST STIPULATION TO EXTEND TIME FOR TO RESPOND TO OPERATIVE COMPLAINT (L.R. 144); ORDER