**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON R. FRYE, | Case No. 1:25-cv-0236 KES SKO |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S NOTICE, AND TERMINATING MOTION TO AMEND AS MOOT |
| v. | |
| THE ASSOCIATION OF STATE AND PROVINCIAL PSYCHOLOGY BOARDS (ASPPB), et al., | Docs. 55, 59 |
| Defendants. | |

On March 30, 2026, the Court issued an order adopting the findings and recommendations of the magistrate judge issued on August 1, 2025, granting Frye limited leave to amend his complaint and directing the filing of a fourth amended complaint ("FAC") within 30 days. Doc. 53. On April 13, 2025, Frye filed a notice and motion to file the FAC, followed by the FAC on April 15, 2025. Docs. 55, 58. Frye also filed a notice of non-receipt of findings and recommendations issued on February 10, 2026. Doc. 59.

Upon review of the record, the Court notes that its March 30, 2026 order (Doc. 53) incorrectly referred to the findings and recommendations (Doc. 30) as having been served on February 10, 2026. *See* Doc. 53 at 5. The relevant findings and recommendations were issued on August 1, 2025, and were served by mail on Frye on August 4, 2025. *See* Doc. 30; docket entry (8/4/2025). The Court clarifies its March 30, 2026 order and confirms that the findings and

1

recommendations were served upon Frye on August 4, 2025.  As indicated in the order, Frye filed objections and supplementary responses to the findings and recommendations, which the Court reviewed and addressed in the order.  *See* Doc. 53 at 5-11.

In addition, the Court notes that Frye was ordered "to file a Fourth Amended Complaint within 30 days of the date of service" of the order.  Doc. 53 at 11.  As the Court ordered Frye to file the amended pleading, the motion for leave to amend (Doc. 55) is unnecessary and shall be terminated as moot.  The Fourth Amended Complaint filed April 15, 2026 (Doc. 58) is deemed the operative complaint.

IT IS SO ORDERED.

Dated:    April 16, 2026    

UNITED STATES DISTRICT JUDGE

2