DANA M. SILVA (BAR NO. 271920)
dana.silva@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

Attorneys for Defendants
NCS PEARSON, INC. and
PEARSON EDUCATION, INC.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| Jason R. Frye Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>The Association of State and Provincial Psychology Boards (ASPPB); NCS Pearson, Inc. d/b/a Pearson Vue; Pearson Education, Inc.,<br><br>Defendants. | Case No. 1:25-cv-00236-KES-EGC<br><br>**JOINT STIPULATION TO CONTINUE JUNE 9, 2026 SCHEDULING CONFERENCE AND ALL RELATED DEADLINES PENDING MAGISTRATE JUDGE'S SCREENING OF PLAINTIFF'S FOURTH AMENDED COMPLAINT; ORDER**<br><br>(Doc. 67) |

Plaintiff Dr. Jason R. Frye ("Plaintiff"), Defendant Association Of State And Provincial Psychology Board ("ASPPB"), and Defendants NCS Pearson, Inc. and Pearson Education, Inc. (collectively, "Pearson Defendants" and with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, as follows:

WHEREAS, on February 24, 2025, Plaintiff filed his Complaint in this action (ECF 1);

WHEREAS, on March 19, 2025, Plaintiff filed his First Amended Complaint entitled "Amendment Complaint 1: Civil Case" in this action (ECF 4);

WHEREAS, on June 10, 2025, Plaintiff filed his Second Amended Complaint entitled "Amendment Complaint 2: Civil Case" in this action (ECF 12);

WHEREAS, on July 16, 2025, Plaintiff filed his Third Amended Complaint (ECF 25);

57844459.1 376102-00133

WHEREAS, the matter was assigned to District Judge Kirk E. Sherriff and Magistrate Judge Sheila K. Oberto (ECF 21);

WHEREAS, District Judge Sherriff referred Defendants' motions to dismiss to Magistrate Judge Oberto for the preparation of findings and recommendations (ECF 22);

WHEREAS, on March 30, 2026, District Judge Sherriff issued an order adopting the findings and recommendations of the Magistrate Judge Oberto issued on August 1, 2025, granting Plaintiff limited leave to amend his complaint and directing the filing of a Fourth Amended Complaint within 30 days (ECF 53);

WHEREAS, on April 15, 2026, Plaintiff filed his Fourth Amended Complaint (ECF 58);

WHEREAS, on April 25, 2026, Judge Sheriff issued a Minute Order stating that: "In the interest of judicial economy, Plaintiff's Fourth Amended Complaint, filed April 15, 2026 (Doc. [58]) is referred to the magistrate judge for screening consistent with 28 U.S.C. § 1915(e)(2)(B), including the preparation of findings and recommendations as necessary. Plaintiff's motion for issuance of summons (Doc. [63]) is DENIED without prejudice pending screening. Defendants' request to extend time to respond to the Fourth Amended Complaint (Doc. [62]) is granted, until such time as ordered by the Court." (emphasis added.);

WHEREAS, Magistrate Judge Oberto initially set a Scheduling Conference on December 18, 2025, and then continued the Scheduling Conference to June 9, 2026, in light of Defendants' pending motions to dismiss. (ECF 52);

WHEREAS, ON May 4, 2026, the matter was re-assigned to Magistrate Judge Erin Guy Castillo after Magistrate Judge Oberto retired. (ECF 66);

WHEREAS, given Magistrate Judge Castillo's recent assignment and District Judge Sherriff's Order referring Plaintiff's Fourth Amended Complaint to Magistrate Judge Castillo for screening consistent with 28 U.S.C. § 1915(e)(2)(B), the interests of justice will be served by a continuance of the June 9, 2026 Scheduling Conference to a date 60 days after the Magistrate Judge issues her findings and recommendations as to Plaintiff's Fourth Amended Complaint consistent with 28 U.S.C. § 1915(e)(2)(B).

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

57844459.1 376102-00133

2

JOINT STIPULATION TO CONTINUE JUNE 9, 2026 SCHEDULING CONFERENCE AND ALL RELATED DEADLINES; ORDER

IT IS HEREBY STIPULATED between the Parties, by and through their undersigned attorneys, and subject to the approval of the Court, that the June 9, 2026 Scheduling Conference be continued to a date 60 days after Magistrate Judge Erin Guy Castillo issues her Order in accordance with the District Judge's April 24, 2026 Minute Order.

DATED:  May 8, 2026

By:      /s/ Jason R. Frye
DR. JASON R. FRYE

DATED:  May 8, 2026          SAUL EWING LLP

By:      /s/ Dana M. Silva
KENNETH M. JONES
DANA M. SILVA
Attorneys for Defendants
NCS PEARSON, INC. and
PEARSON EDUCATION, INC.

DATED:  May 8, 2026          KAUFMAN DOLOWICH LLP

By:      /s/Annalisa Zulueta
ANNALISA ZULUETA
TIMOTHY THIEL
Attorneys for Defendant
ASSOCIATION OF STATE AND
PROVINCIAL PSYCHOLOGY BOARD

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

57844459.1 376102-00133

3        JOINT STIPULATION TO CONTINUE JUNE 9, 2026 SCHEDULING CONFERENCE AND ALL RELATED DEADLINES; ORDER

**ORDER**

The Court is in receipt of the parties' Joint Stipulation to Continue the Initial Scheduling Conference, (Doc. 67).  For good cause shown, the Initial Scheduling Conference currently set for June 9, 2026, is **CONTINUED to January 7, 2027, at 9:30 a.m.,** before Magistrate Judge Erin E. Guy Castillo.  The parties SHALL file their joint scheduling report 7 days prior to the conference.

IT IS SO ORDERED.

Dated:    **May 11, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

57844459.1 376102-00133

4    JOINT STIPULATION TO CONTINUE JUNE 9, 2026 SCHEDULING CONFERENCE AND ALL RELATED DEADLINES; [PROPOSED] ORDER